JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMIE EDGARDO PACHECO-FIGUEROA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BRYAN BIRKHOLZ,<br><br>　　　　　Respondent. | Case No. 2:24-cv-06523-JLS-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is denied, and this action is dismissed without prejudice.

Dated: December 19, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　United States District Judge